FILED

MAR 6 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-144-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID CHARLES SPENCER, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for **Tuesday, March 19, 2019 at 1:30 p.m.** is **VACATED** and **RESET** for **Tuesday, March 19, 2019 at <u>3:30 p.m.</u>** in the James F. Battin U.S. Courthouse, Billings, Montana, <u>changing the time of the hearing only</u>.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 6th day of March, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1